UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACIANA QUACH,<br><br>        Plaintiff,<br><br>v.<br><br>WALGREEN CO.,<br><br>        Defendant. | Case No. 24-cv-07052-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE AND VACATING HEARING**<br><br>Re: Dkt. No. 11 |

On October 15, 2024, Defendant moved to dismiss Plaintiff's complaint. Although Defendant was required to re-notice the motion, the Court did not alter the briefing schedule. (*See* Dkt. Nos. 12, 14.) Plaintiff's opposition was due on October 29, 2024, and she has neither filed an opposition nor filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause why Defendant's motion should not be granted as unopposed. Plaintiff's response to this Order shall be due by November 7, 2024. If Plaintiff seeks to belatedly file an opposition or an amended complaint, she must show good cause. The Court VACATES the hearing set for December 6, 2024 and the current briefing schedule. The Court will reset the hearing and briefing schedule as necessary after considering Plaintiff's response to this Order to Show Cause.

**IT IS SO ORDERED**.

Dated: October 31, 2024

_____
JEFFREY S. WHITE
United States District Judge