UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACIANA QUACH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant. | Case No. 24-cv-07052-JSW<br><br>**SECOND ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 16 |

　　　　On October 15, 2024, Defendant moved to dismiss Plaintiff's complaint. Plaintiff did not file an opposition or an amended complaint by October 29, 2024, the deadline to file either of those documents. (*See* Dkt. Nos. 12, 14.) On October 31, 2024, the Court issued an Order to Show Cause directing Plaintiff to show cause why Defendant's motion should not be granted as unopposed. Plaintiff's response to that Order to Show Cause was due by November 7, 2024. The Court also advised Plaintiff that if she sought to belatedly file an opposition or an amended complaint, she must show good cause.

　　　　On November 5, 2024, Plaintiff filed an amended complaint, but did not seek leave to file that document out of time. The filing of the amended complaint did not excuse the need to file a response to the Court's Order to Show Cause. Plaintiff did not file a response on November 7, 2024.

　　　　Accordingly, Plaintiff is HEREBY ORDERED to show cause why the Court should accept the belated amendment to her complaint **and** show cause why the Court should not impose monetary sanctions on her or on her counsel for failure to comply with the Court's deadlines and

orders. Plaintiff's response to this Second Order to Show Cause shall be due by November 15, 2024.

**IT IS SO ORDERED**.

Dated: November 8, 2024

_____
JEFFREY S. WHITE
United States District Judge