UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DACIANA QUACH, | Case No. 24-cv-07052-JSW |
|---|---|
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO PARTIES TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED UNDER 28 U.S.C. § 1404(A)** |
| v. | |
| WALGREEN CO., | |
| Defendant. | Re: Dkt. No. 24 |

The Court has received and considered the parties' joint case management conference statement. The Court VACATES the case management conference scheduled for January 10, 2025 and reserves setting any deadlines.

According to Defendant, Plaintiff worked in one of its stores in Bakersfield, California. Although Plaintiff filed her complaint in the San Mateo Superior Court, she does not allege where she resides. Pursuant to 28 U.S.C. section 1404(a), the Court HEREBY ORDERS the parties to show cause why this case should not be transferred to the United States District Court for the Eastern District of California. *See Costlow v. Weeks*, 790 F.2d 1486, 1488 (9thc Cir. 1986) (noting a district court may "transfer a case *sua sponte* under the doctrine of forum non conveniens … so long as the parties are first given the opportunity to present their views on the issue).

The parties shall file simultaneous briefs responding to this Order to Show Cause by January 17, 2025 and may file responses to those briefs by January 24, 2025.

//

//

//

If the Court requires further information from the parties or a hearing on the issue, it will issue a separate Order.

**IT IS SO ORDERED**.

Dated: January 6, 2025

_____
JEFFREY S. WHITE
United States District Judge