UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACIANA QUACH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant. | Case No. 24-cv-07052-JSW<br><br>**ORDER REGARDING RESPONSES TO ORDER TO PARTIES TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED UNDER 28 U.S.C. § 1404(A)**<br><br>Re: Dkt. Nos. 26, 27 |

The Court has received and considered the parties' responses to the Court's Order to Show Cause regarding whether this case should be transferred under 28 U.S.C. section 1404(a). The parties' responses address whether venue in this District was proper. Based on Defendant's assertion that Plaintiff worked in a store in Bakersfield, California, the Court's direction was to show cause why the case should not be transferred to the Eastern District for the "convenience of parties and witnesses, [and] in the interest of justice." 28 U.S.C. § 1404(a). Although the court in *Costlow v. Weeks* did address the propriety of venue, the court analogized the district court's handling of that issue "to the long-approved practice of permitting a court to transfer a case sua sponte under the doctrine of *forum non conveniens*, …, so long as the parties are first given the opportunity to present their views on the issue."

Accordingly, the Court HEREBY ORDERS the parties to show cause why this case should not be transferred to the United States District Court for the Eastern District of California for the convenience of the parties, witnesses, and in the interest of justice. The parties shall file simultaneous briefs responding to this Order to Show Cause by January 24, 2025 and may file responses to those briefs by January 31, 2025.

//

1    If the Court requires further information from the parties or a hearing on the issue, it will
2 issue a separate Order.
3    **IT IS SO ORDERED**.
4 Dated: January 17, 2025

_____
JEFFREY S. WHITE
United States District Judge